# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–19161–mkn</u>
Chapter 7

In re: (Name of Debtor)
    ALFRED L MEDINA
    9 RISING SUN CT.
    HENDERSON, NV 89074

Social Security No.:
    xxx–xx–7045

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    ALFRED L MEDINA

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/11/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court